IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Lawrence Lee, | ) | |
| | ) | |
| Plaintiff, | ) | **CONSENT ORDER** |
| | ) | **GRANTING EXTENSION TO** |
| v. | ) | **RESPOND TO SUMMONS AND** |
| | ) | **COMPLAINT** |
| Aetna Life Insurance Company, | ) | |
| | ) | C.A. No.: 8:09-cv-1568-HFF |
| Defendant. | ) | |
| | ) | |

This action is brought by Plaintiff seeking benefits under an employee welfare benefit plan established by Duke Energy Corporation, which plan provides certain long term disability benefits.  Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001, *et seq.* ("ERISA").  Defendant, Aetna Life Insurance Company  ("Aetna"), insures the long term disability benefits under the plan.  Aetna was served with a copy of the summons and complaint on June 22, 2009.  On July 7, 2009, counsel for Aetna requested an extension of time from Plaintiff's counsel to answer, counterclaim or make any motions directed at the complaint.  Plaintiff's counsel consented to the extension request; however, undersigned counsel have determined that additional time beyond the standard twenty (20) day extension is needed in an effort to determine whether the case can be resolved or if other procedures should be employed with respect to the Plaintiff's claim.  Therefore, Plaintiff's counsel has agreed to grant Defendant's request for a thirty (30) day extension of time until August 11, 2009, to answer, counterclaim, make any motions directed to the complaint or otherwise respond to the complaint.

It appears to the satisfaction of the Court that Defendant's request is reasonable and is not for the purpose of delay.

2

NOW, THEREFORE, on motion of Defendant, Aetna Life Insurance Company, and with the consent of counsel for Plaintiff, Lawrence Lee, it is ORDERED, ADJUDGED and DECREED that Defendant shall have until August 11, 2009 to answer, counterclaim, make any motions directed to the complaint or otherwise respond in this case.

AND IT IS SO ORDERED.


July __8___, 2009                          **s/Henry F. Floyd**
                                           Henry F. Floyd
                                           United States District Court Judge

**WE SO MOVE:**


s/Jennifer E. Johnsen
Jennifer E. Johnsen (#5427)
Mary A. Giorgi (#9862)
GALLIVAN, WHITE & BOYD, P.A.
Post Office Box 10589
Greenville, SC 29603
(864) 271-5380

Attorneys for Defendant,
Aetna Life Insurance Company

**WE CONSENT:**


s/Robert E. Hoskins
Robert E. Hoskins (#5144)
Foster Law Firm, LLP
Post Office Box 2123
Greenville, SC  29602
(864) 242-6200

Attorney for Plaintiff,
Lawrence Lee

Dated: 7/8/09